**ANDERSON BANTA CLARKSON PLLC**

48 NORTH MACDONALD

MESA, ARIZONA  85201

TELEPHONE (480) 788-3053

Adam C. Anderson/024314

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| ELIZABETH FLOCKEN, | Case No.: CV-16-01450-PHX-ROS |
| Plaintiff, | |
| vs. | |
| SIERRA COLLECTIONS & CONSULTING, LLC, | |
| Defendant, | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, ELIZABETH FLOCKEN, by and through her attorneys, ANDERSON BANTA CLARKSON PLLC, and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**ANDERSON BANTA CLARKSON PLLC**

By  /s Adam C. Anderson
    Adam C. Anderson
    48 North MacDonald Street
    Mesa, AZ  85201
    Attorney for Plaintiff

**ANDERSON BANTA CLARKSON PLLC**

48 NORTH MACDONALD

MESA, ARIZONA  85201

TELEPHONE (480) 788-3053

Adam C. Anderson/024314

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| ELIZABETH FLOCKEN, <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA COLLECTIONS & CONSULTING, LLC, <br><br> Defendant, | Case No.: CV-16-01450-PHX-ROS |

### CERTIFICATE OF SERVICE

**To:**  Howard M. Barker
Sierra Collections and Consulting LLC
1858 Paseo San Luis Suite H
Sieera Vista, AZ 85635
mbarker@scc.tuccoxmail.com

I, Adam Anderson, an attorney, certify that on **July 19, 2016**, I shall cause to be served a copy of **Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to**

3

**Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|  |  |
|---|---|
| ____ U.S. Mail | ____ Facsimile |
| ____ Messenger Delivery | _X_ Email |
| ____ Federal Express/UPS | ____ ECF |

**ANDERSON BANTA CLARKSON PLLC**

By  /s Adam C. Anderson
    Adam C. Anderson
    48 North MacDonald Street
    Mesa, AZ  85201
    Attorney for Plaintiff